**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LESLIE BLACK,**<br><br>    Plaintiff,<br><br>    **vs.**<br><br>**UNUM LIFE INSURANCE COMPANY OF AMERICA,**<br><br>    Defendant. | **Case No.: 4:22-cv-4378-YGR**<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties are scheduled for a case management conference on October 31, 2022. The parties have failed to file a Joint Case Management Conference as required by the Civil Local Rules.

"Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $200 for failure to file a Joint Case Management Statement in a timely manner.

A hearing on this Order to Show Cause will be held on **Friday, November 4, 2022,** on the Court's **9:01a.m.** Calendar, via videoconference, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Friday, October 28, 2022**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with

respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the stated rule.  If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar.  Failure to file a joint statement or written response will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for October 31, 2022 is **CONTINUED** to **November 7, 2022, at 2:00 p.m.**

**IT IS SO ORDERED.**

Date: October 25, 2022

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**